IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TYLER WILLIAM LONG,

    Plaintiff,

v.

STATE OF OREGON, et al.,

    Defendants.

Case No. 3:25-cv-01032-JR

**ORDER TO DISMISS**

**IMMERGUT, District Judge**

    Plaintiff, an adult formerly in custody at the Multnomah County Inverness Jail, brings this 42 U.S.C. § 1983 civil rights action as a self-represented litigant. In another case filed by plaintiff, *Long v. Mult. Co. Health Dept. Corrections, et al.*, Case No. 3:25-cv-00921-JR, Magistrate Judge Jolie A. Russo issued an Order to Show Cause (ECF No. 5). On August 22, 2025, the United States Post Office returned plaintiff's copy of the Order as undeliverable; the returned envelope indicated plaintiff is no longer in custody at the Multnomah County Inverness Jail. Upon review of the Multnomah County Sheriff's Office online inmate locator, plaintiff is not in the custody of the Multnomah County Sheriff. *See* MCSO Online Inmate Data, https://apps.mcso.us/paid, (last visited Nov. 25, 2025).

    Under Local Rule 83-10(a), a party not represented by counsel has a "continuing responsibility to notify the clerk's office whenever his or her mailing address, telephone number and/or business e-mail address changes." Local Rule 83-10(b) requires that a notice of change of address must be filed in pleading form and served on all parties to any pending action or case on appeal. When mail from the Court to a party is returned by the postal service as undeliverable

1 – ORDER TO DISMISS

due to the lack of a current address, and the party's failure to notify the Court of a change of address continues for 60 days, the Court may dismiss the action. Local Rule 83-12.

Here, plaintiff has failed to notify the court of a change of address for more than 60 days. Accordingly, IT IS ORDERED that this action is DISMISSED without prejudice, and all pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

DATED this   9th   day of December 2025.

                                               /s/Karin J. Immergut
                                               Karin J. Immergut
                                               United States District Judge